THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY L. HITCHCOCK,<br><br>               Plaintiff,<br><br>v.<br><br>BERING STAR LLC,<br><br>               Defendant. | AT LAW AND IN ADMIRALTY<br><br>No.: 2:21-cv-01475-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

### STIPULATION

Plaintiff Gregory Hitchcock and defendant Bering Star LLC, by and through their respective attorneys of record, hereby stipulate and agree that all claims which have been asserted in this action by either party against the other have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

Dated this 8th day of November, 2023.

| | |
|---|---|
| ANDERSON CAREY WILLIAMS & NEIDZWSKI<br>*Per 11/07/23 Email Authority*<br><br>/s/ Douglas R. Williams<br>Douglas R. Williams, WSBA No. 43823<br>*Attorney for Plaintiff* | NICOLL BLACK & FEIG PLLC<br><br><br><br>/s/ Jeremy B. Jones<br>Jeremy B. Jones, WSBA No. 44138<br>*Attorneys for Defendants* |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
(2:21-cv-01475-JHC)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

# ORDER

PURSUANT TO THE ABOVE STIPULATION, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by plaintiff Gregory Hitchcock against defendant Bering Star LLC are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

Dated this 9th day of November, 2023.

_____
The Honorable John H. Chun
United States District Court Judge

*Presented by:*

NICOLL BLACK & FEIG PLLC

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA No. 44138
*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
(2:21-cv-01475-JHC)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515